RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Joy_Chen@fd.org

Attorney for Robert Carl Kindell

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT CARL KINDELL,<br><br>　　　　　Defendant. | Case No. 2:01-cr-00385-KJD-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Andrew Keenan, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Robert Carl Kindell, that the Revocation Hearing currently scheduled on January 30, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than forty-five (45) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The parties are engaged in ongoing discussions and require additional time to determine whether this matter can be resolved through a negotiated resolution and joint recommendation to the Court, or whether it will proceed to an evidentiary hearing.

　　　　2.　　The defendant is in custody and does not oppose the continuance.

3.     The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 25th day of January, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Andrew Keenan*<br>ANDREW KEENAN<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:01-cr-00385-KJD-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| ROBERT CARL KINDELL, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, January 30, 2024 at 9:30 a.m., be vacated and continued to March 26, 2024 at the hour of 11:00 a.m.; or to a time and date convenient to the court, in courtroom 4A.

    DATED this 26 day of January, 2024.

_____
UNITED STATES DISTRICT JUDGE